**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Hugo GONZALEZ–RODRIGUEZ,
Defendant—Appellant.**

No. 00–50169.
D.C. No. CR–99–00913–DDP–01.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and
RAWLINSON, Circuit Judges.

MEMORANDUM[2]

Hugo Gonzalez–Rodriguez appeals his conviction by guilty plea and sentence for

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

one count of distribution of methamphetamine in violation of 21 U.S.C. § 841(a)(1). Gonzalez–Rodriguez's counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw on the ground that he could not discover any arguable issue on appeal. Our independent review of the record discloses no arguable issues. Counsel's motion to withdraw is GRANTED and the judgment is

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.